LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:              (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants*
*Armando Lozano-Carrera and Milton Hsieh*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VINCENT FREEMAN, II,<br><br>       Plaintiff,<br>vs.<br><br>ARMANDO LOZANO-CARRERA, in his individual and official capacities; and MILTON HSIEH, in his individual and official capacities; et al.<br><br>       Defendants. | CASE NO.:   3:18-cv-00192-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(First Request)** |

Defendants Armando Lozano-Carrera and Milton Hsieh (the "LVMPD Defendants") and Vincent Freeman II ("Plaintiff") agree and stipulate to extend the dispositive motion deadline currently set for October 28, 2020 for fifty five days making the new dispositive motion deadline December 22, 2020. The extension is being requested because Plaintiff recently served a subpoena to the Regional Justice Center seeking any video evidence of the incident claimed by Plaintiff in this lawsuit. The parties agree that if the Regional Justice Center produces any video footage of the incident, such footage could resolve some issues and potentially impact any dispositive motion.

1  The Regional Justice Center has until November 22, 2020 to respond to the subpoena so
2  the parties agree that the dispositive motion deadline should be extended by thirty days after the
3  response deadline to file a dispositive motion. Thirty days after November 22, 2020 is December
4  22, 2020.

5  The parties request this extension prior to the expiration of the twenty-one deadline as
6  forth in LR 26-4. As mentioned above, there is good cause for the extension because video
7  evidence produced by the Regional Justice Center may resolve issues on a dispositive motion. As
8  such, the extension will not prejudice any party and may potentially help the parties properly
9  brief their dispositive motions for this Court. The parties are not delaying the conclusion of this
10 matter; no trial date has yet been ordered.

11 DATED this 6th day of October, 2020.

12 KAEMPFER CROWELL

13 By: /s/ *Ryan W. Daniels*                             By: /s/ *Travis N. Barrick*
       LYSSA S. ANDERSON                                    Travis N. Barrick, Esq.
14     Nevada Bar No. 5781                                  Nevada Bar No. 9257
       RYAN DANIELS                                        GALLIAN WELKER, & BECKSTROM
15     Nevada Bar No. 13094                                540 E. St. Louis Avenue
       1980 Festival Plaza Drive, #650                     Las Vegas, Nevada 89104
16     Las Vegas, Nevada 89135                             *Attorney for Plaintiff Vincent Freeman*
     *Attorneys for Defendants*
17    *Armando Lozano-Carrera and Milton*
      *Hsieh*

18
     **IT IS SO ORDERED.**
19
     DATED: October 6, 2020.
20

21

22                                                         _____
                                                           UNITED STATES MAGISTRATE JUDGE
23

24